UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669, | Case No. 25-cv-06050-CRB (PR) |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S OBJECTIONS TO CORRECTED DECLARATION OF M. LUPO** |
| v. | |
| F. RUIZ, et al., | (ECF No. 22) |
| Defendant(s). | |

On June 12, 2026, defendants filed a corrected declaration of M. Lupo in support of their motion for summary judgment after the clerk informed them that the original declaration of Lupo they filed with the court was missing page 2 of 3. Plaintiff objects and asks that the court strike page 2 of the corrected declaration because the original declaration plaintiff received also was missing page 2 and briefing on the motion for summary judgment was completed on June 4, 2026.

Plaintiff's objections (ECF No. 22) are dismissed for lack of merit. Page 2 of the corrected declaration of Lupo contains Lupo's description of the May 30, 2024, incident between plaintiff and defendants F. Ruiz and Lupo. The facts therein are essentially the same as those in the declaration of Ruiz and are repeated throughout the motion for summary judgment. The incident was also captured in submitted recordings. Put simply, there are no new facts in page 2 of the corrected declaration of Lupo that plaintiff did not have notice of or was not aware of when briefing on the motion for summary judgment was completed on June 4, 2026. The correction of the declaration for the purpose of clarifying the record did not prejudice plaintiff in any way.

A decision on defendants' motion for summary judgment will be issued shortly.

**IT IS SO ORDERED**.

Dated: June 30, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California