United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

Plaintiff,

v.

F. RUIZ, et al.,

Defendant(s).

Case No. 25-cv-06050-CRB (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment, judgment is entered in favor of defendant(s) and against plaintiff.

Each party to bear their own costs.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 21, 2026

CHARLES R. BREYER
United States District Judge